```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 08212
   RANDALL ALLAN GREER
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-9282


-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/11/06 and confirmed on 10/03/06.

     2.  The case was dismissed after confirmation, 09/26/2008.

     3.  The Debtor paid a total of $  33990.87 .

     4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
PHH MORTGAGE FKA CENDANT   CURRENT MORTG    18227.80            .00        17399.37
BECKET & LEE LLP           UNSECURED         5613.06            .00          764.27
RESURGENT CAPITAL SERVIC   UNSECURED         8265.16            .00         1125.39
ECAST SETTLEMENT CORPORA   UNSECURED        15000.60            .00         2042.48
ECAST SETTLEMENT CORPORA   UNSECURED         6809.52            .00          927.17
SALLIE MAE SERVICING COR   SPECIAL CLASS     6734.64            .00         6734.64
SALLIE MAE SERVICING COR   SPECIAL CLASS   NOT FILED            .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         1490.43            .00          202.94
ECAST SETTLEMENT CORPORA   UNSECURED         3250.76            .00          442.63
         Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  18227.80          .00     47164.17        .00      65391.97
PRINCIPAL PAID      17399.37          .00     12239.52        .00      29638.89
INTEREST PAID           .00           .00          .00        .00           .00
TOTAL PAID          17399.37          .00     12239.52        .00      29638.89
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   3000.00
and was paid $    200.00  direct and $   2800.00  through the plan.

The Trustee received $   1551.98 .

Refunds to the Debtor totaled $      .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 01/16/09                    /S/
```

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 06 B 08212 RANDALL ALLAN GREER